# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

### Trustee's Report of Deposit of Unclaimed Property

Now comes Glenn B. Stearns, Chapter 13 Standing Trustee, pursuant to 11 U.S.C. §347 and Rule 3001 of the Federal Rules of Bankruptcy Procedure, and provides the following report of Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court:

1. The Standing Trustee has been duly appointed, qualified, and continues to serve in the cases listed on the attached Exhibit A.

2. In the furtherance of his duties, the Standing Trustee has mailed checks payable on funds received as payments under a Chapter 13 plan to the parties referenced on Exhibit A.

3. Reasonable attempts have been made to locate those parties referenced on Exhibit A without success.

4. By reason of the foregoing, the Standing Trustee has deposited these unclaimed funds by payment of same to the Clerk of the Bankruptcy Court, check numbers #6398023 and #6398024 pursuant to §347 of the Bankruptcy Code.

Respectfully Submitted;

*/s/ Glenn Stearns*
Glenn Stearns, Chapter 13 Trustee

7/21/2022

**CHAPTER 13 TRUSTEE**

OFFICE OF GLENN B STEARNS
CHAPTER 13 STANDING TRUSTEE

801 WARRENVILLE ROAD, SUITE 650
LISLE, IL 60532-4350
PHONE: (630) 981-3888   FAX: (630) 642-5895

July 21, 2022

Clerk of the Bankruptcy Court
ATTN: Intake Desk
219 S. Dearborn St.
Chicago, IL 60604

RE:   Turnover of Unclaimed Chapter 13 Funds

| Date: | Check # | Amount: |
|---|---|---|
| 7/21/2022 | 6398023 | 3,717.42 |
| 7/21/2022 | 6398024 | 864.22 |
| Total: | | $ 4,581.64 |

Dear Sir or Madam:

Enclosed, please find the original Trustee's Report of Deposit of Unclaimed Property and Exhibit A, in the amount of $4,581.64.

Please stamp the additional copy as "Received" and return in the enclosed SASE, along with the receipt for the checks.

If you have any questions or concerns regarding this request, please contact me at (630) 981-3888 ext. 6856.

Thank you for your assistance.

Sincerely yours,

Alyssa Ruan
Assistant Controller
For Glenn Stearns, Trustee

Enclosures

www.lisle13.com

EXHIBIT A: Unclaimed Creditor/Debtor Refunds on Closed Cases
Office of Glenn Stearns, Chapter 13 Standing Trustee

| Count | Case No. | Debtor | Claimant | Amount | Explanation |
|---|---|---|---|---|---|
| 1) | 17-04311 | Linzey Liddell, Sr. | ComEd Legal Revenue Recovery<br>1919 Swift Drive<br>Oakbrook Terrace, IL 60523 | 3.52 | Check #6395221 not presented within 60 days under $25. |
| 2) | 17-10093 | Michelle L Wozny | Amita Health Adventist Medical Centers PFS<br>PO Box 9246<br>Oak Brook, IL 60522 | 5.58 | Check #6395005 not presented within 60 days under $25. |
| 3) | 17-10327 | Norman D Klumakc<br>Teresita J Klumak | Quorum Health<br>PO Box 5009<br>Brentwood, TN 37024 | 151.49 | Check #1753069 returned stating creditor can't find account. |
| 4) | 17-10852 | James E Radakovitz<br>Christina M Radakovitz | ComEd Legal Revenue Recovery<br>1919 Swift Drive<br>Oakbrook Terrace, IL 60523 | 15.76 | Check #1791172 not presented within 60 days under $25. |
| 5) | 17-16771 | William R Penman<br>Alma Triplett-Penman | ComEd Legal Revenue Recovery<br>1919 Swift Drive<br>Oakbrook Terrace, IL 60523 | 13.06 | Check #1791172 not presented within 60 days under $25. |
| 6) | 17-20579 | Jon Johnson<br>Lydia Johnson | Pensco Trust Company<br>PO Box 173859<br>Denver, CO 80217 | 865.16 | Checks #1778380 & #1776336 returned unable to locate account. |
| 7) | 17-22305 | Kinisha L Alexander | ComEd Legal Revenue Recovery<br>1919 Swift Drive<br>Oakbrook Terrace, IL 60523 | 7.30 | Check #6395017 not presented within 60 days under $25. |
| 8) | 17-32704 | Dornaya L Williams | Armor System Corp<br>1700 Kiefer Dr #1<br>Zion, IL 60099-5105 | 71.59 | Global reserve on creditor. Unable to locate creditor. |
| 9) | 18-00284 | Antwan D Travis Sr | ComEd Legal Revenue Recovery<br>1919 Swift Drive<br>Oakbrook Terrace, IL 60523 | 17.27 | Check #1791172 not presented within 60 days under $25. |
| 10) | 18-01737 | Juan Bourdoin<br>Cathleen Bourdoin | Convergent Healthcare Recoveries<br>PO Box 1289<br>Peoria, IL 61654-1289 | 3.00 | Funds returned stating unable to locate account. |
| 11) | 18-01737 | Juan Bourdoin<br>Cathleen Bourdoin | Convergent Healthcare Recoveries<br>PO Box 1289<br>Peoria, IL 61654-1289 | 14.95 | Funds returned stating unable to locate account. |
| 12) | 18-01737 | Juan Bourdoin<br>Cathleen Bourdoin | Convergent Healthcare Recoveries<br>PO Box 1289<br>Peoria, IL 61654-1289 | 132.15 | Funds returned stating unable to locate account. |
| 13) | 18-09775 | Linda Zbroskewich | ComEd Legal Revenue Recovery<br>1919 Swift Drive<br>Oakbrook Terrace, IL 60523 | 20.94 | Check #1791172 not presented within 60 days under $25. |
| 14) | 18-11713 | Erika Ogwel | BK 1 Solutions<br>24100 Southfield Rd #203<br>Sourthfield, MI 48075 | 617.01 | Check #1766770 & #1762393 not presented within 60 days. |
| 15) | 18-16971 | Demyle Hawkins | ComEd Legal Revenue Recovery<br>1919 Swift Drive<br>Oakbrook Terrace, IL 60523 | 12.12 | Check #1791172 not presented within 60 days under $25. |
| 16) | 18-33544 | Shonice V Robinson | ComEd Legal Revenue Recovery<br>1919 Swift Drive<br>Oakbrook Terrace, IL 60523 | 20.40 | Check #1791173 not presented within 60 days under $25. |

EXHIBIT A: Unclaimed Creditor/Debtor Refunds on Closed Cases
Office of Glenn Stearns, Chapter 13 Standing Trustee

| Count | Case No. | Debtor | Claimant | Amount | Explanation |
|---|---|---|---|---|---|
| 17) | 19-09669 | Briana Stark | ComEd Legal Revenue Recovery<br>1919 Swift Drive<br>Oakbrook Terrace, IL 60523 | 18.16 | Check #1791173 not presented within 60 days under $25. |
| 18) | 19-09669 | Briana Stark | Compattia Roccia Management Group LLC<br>43 Court St Mezzanine<br>Buffalo, NY 14202 | 243.14 | Check #1777513 returned bad address. Unable to locate creditor. |
| 19) | 19-25610 | Yamil J Castillo<br>Aracelis Vega Castillo | Banco Santander Puerto<br>Ave Ponce De Leon 207<br>Hato Rey PR 00918 | 1,484.82 | Check #1765711 & #1764604 not presented within 60 days. |
| | | | | 3,717.42 | |

7/18/2022

7/18/2022

EXHIBIT A: Unclaimed Creditor/Debtor Refunds on Closed Cases
Office of Glenn Stearns, Chapter 13 Standing Trustee

| Count | Case No. | Debtor | Claimant | Amount | Explanation |
|---|---|---|---|---|---|
| 1) | 16-30883 | Jacob G Arzer<br>Jessica R Arzer | Jacob G Arzer<br>Jessica R Arzer<br>97 W Hampton Ct<br>Round Lake, IL 60073 | 1.88 | Check #6395495 not presented within 60 days under $25. |
| 2) | 16-32570 | Natoisha N Vaughn | Natoisha N Vaughn<br>2707 Forrest Glen Pkwy<br>Woodridge, IL 60517 | 0.23 | Check #6394952 not presented within 60 days under $25. |
| 3) | 17-04558 | Sukhvinder Puri | Sukhvinder Puri<br>163 Chesteron Dr<br>Volo, IL 60020 | 17.08 | Check #6395514 not presented within 60 days under $25. |
| 4) | 17-29539 | Juan G Rodriguez | Juan G Rodriguez<br>818 North Ave<br>Aurora, IL 60505 | 831.52 | Check #6395178 & #6392656 not presented within 60 days. |
| 5) | 17-33755 | Nicole Mikhail | Nicole Mikhail<br>658 Slade Ave<br>Elgin, IL 60120 | 0.86 | Check #6395577 not presented within 60 days under $25. |
| 6) | 17-35432 | Gary Muchitch<br>Dawn Muchitch | Gary Muchitch<br>Dawn Muchitch<br>324 Hillside Rd<br>New Lenox, IL 60451 | 5.00 | Check #6395580 not presented within 60 days under $25. |
| 7) | 18-08326 | Michelle Pachuta | Michelle Pachuta<br>5725 Holmes Ave<br>Clarendon Hills, 60514 | 0.02 | Check #6396582 returned bad address. Unable to locate debtor. |
| 8) | 18-29482 | Thomas A Kobel Jr | Thomas A Kobel Jr<br>651 Sheila Pl<br>Lombard, IL 60148 | 7.63 | Check #6395449 not presented within 60 days under $25. |

864.22